**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENIFFER SAVEIN PHOU,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CAROLYN W. COLVIN,<br>　Acting Commissioner Of Social Security,<br><br>　　　　Defendant. | Case No. 1:16-cv-00782-SMS<br><br>ORDER DENYING APPLICATION<br>TO PROCEED *IN FORMA PAUPERIS*<br><br>(Doc. 2) |

By motion filed June 5, 2016, Plaintiff Jeniffer Savein Phou, by her attorney, Jacqueline A. Forslund, seeks to proceed *in forma pauperis*. Plaintiff submitted an application which is incomplete. Specifically, Plaintiff provided no answers concerning her incarceration and employment status. Absent complete information regarding Plaintiff's financial situation, the Court cannot evaluate whether Plaintiff is sufficiently impoverished to justify proceeding without paying the filing fee for her lawsuit.

Additionally, the Court notes Plaintiff did not identify the proper court, provide a case number, and declare her status as the petitioner/plaintiff/movant on her application. If Plaintiff elects to submit an amended application, as this order permits her to do, she must provide a complete application.

Accordingly, the Court DENIES Plaintiff's motion to proceed *in forma pauperis*. Plaintiff shall either submit an amended and complete application to proceed *in forma pauperis* or pay the

1  filing fee to the Clerk of the Court within thirty (30) days of this order.  If Plaintiff does not pay the
2  filing fee or submit an amended application, the Court shall dismiss the case for lack of prosecution
3  without further notice.

4
5
6  IT IS SO ORDERED.

7     Dated:  **June 7, 2016**             **/s/ Sandra M. Snyder**
8                                                        UNITED STATES MAGISTRATE JUDGE