# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENIFFER SAVEIN PHOU,<br><br>       Plaintiff,<br><br>   v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner Of Social Security,<br><br>       Defendant. | Case No. 1:16-cv-00782-SMS<br><br>ORDER GRANTING AMENDED APPLICATION TO PROCEED *IN FORMA PAUPERIS*<br><br>(Doc. 4) |

On June 7, 2016, the Court denied Plaintiff Jennifer Phou's application to proceed *in forma pauperis*. Doc. 3. Because the application was incomplete, the Court could not evaluate whether Plaintiff was sufficiently impoverished to justify proceeding without paying the filing fee for his lawsuit. Plaintiff was ordered to pay the filing fee or re-file a completed application within thirty (30) days of the order. Nearly two weeks after the 30-day deadline, Plaintiff submitted an amended application on July 18, 2016. Accompanying the amended application is a declaration from her counsel, Jacqueline A. Forslund. Therein, Ms. Forslund explained why the amended application was not timely filed. Satisfied with Ms. Forslund's explanation, the Court therefore accepts the late amended application to proceed *in forma pauperis*.[1]

---

[1] While the amended application provides a more complete picture of Plaintiff's financial status, it is not 100% complete. There are no answers to questions 2b and 6. Plaintiff and Ms. Forslund are advised that motions/applications to the Court should not be completed in haste or with little regard for the Court's directive.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

The Court finds Plaintiff has submitted an amended application which sets forth the showing required by 28 U.S.C. § 1915(a).  Doc. 4.

Accordingly, the Court GRANTS Plaintiff's motion to proceed *in forma pauperis*.  The Clerk of Court is directed to issue the summons and new case documents.  The United States Marshal is directed to serve a copy of the complaint, summons, and this order upon the defendant if requested by the plaintiff.

IT IS SO ORDERED.

Dated:   **July 19, 2016**                              **/s/ Sandra M. Snyder**
                                              UNITED STATES MAGISTRATE JUDGE