# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| JENNIFER SAVEIN PHOU,<br><br>    Plaintiff,<br><br>    v.<br><br>NANCY A. BERRYHILL[1],<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 1:16-cv-00782-GSA<br><br>**ORDER FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)**<br><br>**ORDER DIRECTING THE CLERK OF THE COURT TO ENTER JUDGMENT** |

Pursuant to the stipulation between the parties filed on March 3, 2017 (Doc. 17), this case shall be remanded to the Commissioner for further proceedings as authorized by sentence four of 42 U.S.C. § 405(g).

On remand, the Appeals Council will remand the case to an administrative law judge (ALJ) for a new hearing and decision. The Appeals Council will instruct the ALJ to re-evaluate the medical evidence and explain the weight given to the opinion evidence consistent with 20 C.F.R. § 416.927. The Appeals Council will also instruct the ALJ, if necessary, to evaluate whether Plaintiff has the residual functional capacity to perform past relevant work, and, if appropriate, to obtain supplemental vocational expert testimony to assist in determining what

---

[1] Nancy A. Berryhill is now the Acting Commissioner of Social Security. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Nancy A. Berryhill should be substituted for Acting Commissioner Carolyn W. Colvin as the defendant in this suit. No further action needs to be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

jobs exist, if any, given Plaintiff's age, education, vocational factors, and residual functional capacity.

The Clerk of the Court is directed to enter a final judgment in favor of Plaintiff, Jennifer Savein Phou, and against Defendant, Nancy A. Berryhill, the Commissioner of Social Security.

IT IS SO ORDERED.

Dated:   **March 8, 2017**                              **/s/ Gary S. Austin**
                                                                                          UNITED STATES MAGISTRATE JUDGE