FORSLUND LAW, LLC
Jacqueline A. Forslund # 154575
P.O. Box 4476
Sunriver, OR  97707
Telephone:    541-419-0074
Fax:               541-593-4452
Email:           jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JENNIFER SAVEIN PHOU, | ) | Case No.  1:16-CV-00782-GSA |
| | ) | |
| Plaintiff | ) | **STIPULATION AND** |
| | ) | **ORDER FOR AWARD OF ATTORNEY'S** |
| v. | ) | **FEES UNDER THE EQUAL ACCESS TO** |
| | ) | **JUSTICE ACT (EAJA)** |
| NANCY A. BERRYHILL, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |
| _____ | ) | |

　　　　IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff shall be awarded attorney's fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. sec. 2412(d), in the amount of ONE THOUSAND FOUR HUNDRED TWENTY FIVE dollars and EIGHTY THREE cents ($1,425.83).  This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. sec. 2412(d).

　　　　After the Court issues an order for payment of EAJA fees and expenses to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees and expenses to Plaintiff's attorney.  The government's ability to honor the assignment will depend on whether the fees and expenses are subject to an offset allowed under the United States Department of the Treasury's Offset Program pursuant to Astrue v. Ratcliff, 130 S.Ct. 2521 (2010).  After the order of EAJA fees and expenses is entered, the government will determine if they are subject to an offset. If it is determined that Plaintiff's EAJA fees and expenses are not subject to an offset under Astrue v. Ratcliff, 130 S.Ct. 2521 (2010) and the Department of Treasury's Offset Program, then the check for

EAJA fees and expenses shall be made payable to Jacqueline A. Forslund, based upon Plaintiff's assignment of these amounts to Plaintiff's attorney.  The parties agree that whether these checks are made payable to Plaintiff or Jacqueline A. Forslund, such checks shall be mailed to Plaintiff's attorney at the following address:  Jacqueline A. Forslund, Forslund Law LLC, P.O. Box 4476, Sunriver, Oregon  97707. This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Plaintiff's Counsel may have relating to EAJA attorney fees in connection with this action.

Respectfully submitted,

Date:  March 21, 2017          JACQUELINE A. FORSLUND
                               Attorney at Law


                               /s/Jacqueline A. Forslund
                               JACQUELINE A. FORSLUND
                               Attorney for Plaintiff

Date:  March 22, 2017          PHILIP A. TALBERT
                               United States Attorney
                               DEBORAH STACHEL
                               Regional Chief Counsel, Region IX
                               Social Security Administration

                               /s/Cynthia B. De Nardi
                               CYNTHIA B. DE NARDI
                               Special Assistant United States Attorney
                               *By email authorization
                               Attorney for Defendant

///

///

///

///

///

**Phou v. Berryhill**          **Stipulation and Order**          **E.D. Cal. 1:16-cv-00782-GSA**

ORDER

Pursuant to the stipulation of the parties (Doc. 20) Plaintiff's Counsel is awarded attorney's fees in the amount of ONE THOUSAND FOUR HUNDRED TWENTY FIVE dollars and EIGHTY THREE cents ($1,425.83) under the Equal Access to Justice Act (EAJA), 28 U.S.C. sec. 2412(d). Payment shall be made pursuant to Astrue v. Ratcliff, 130 S.Ct. 2521 (2010) and in accordance with the terms of the stipulation outlined above.

IT IS SO ORDERED.

Dated:   **March 24, 2017**                    **/s/ Gary S. Austin**
                                                                UNITED STATES MAGISTRATE JUDGE